PROB 12C
(6/16)

Report Date: August 14, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Marshon Moss | Case Number: 0980 2:18CR00136-TOR-1 |
| Address of Offender: Unknown | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: January 9, 2019 | |
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: | Prison - 366 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 24, 2019 |
| Defense Attorney: |  Federal Defenders Office | Date Supervision Expires: June 23, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Moss is alleged to have violated standard condition number 2 by failing to report to the probation office as directed on August 14, 2019.

On June 27, 2019, Mr. Moss signed his judgment relative to case number 2:18-CR00136-TOR-1 acknowledging an understanding of his conditions of release. Specifically, he was informed he was to report to the probation officer, as instructed.

On August 13, 2019, the undersigned officer attempted to conduct a home visit at Mr. Moss' residence, a local clean and sober home. Mr. Moss was not located at the residence. The undersigned officer was informed by other residents that Mr. Moss had left the residence "a couple of days ago" and had not returned. A business card was left instructing Mr. Moss to report to the probation office the following day, August 14, 2019, at 9 a.m. In addition, the undersigned officer attempted to call Mr. Moss. A text message was sent to the offender instructing him to call the undersigned officer, as well as, instructing him to report as directed on August 14, 2019. Mr. Moss failed to report and his whereabouts are unknown.

Prob12C
**Re: Moss, Antonio Marshon**
**August 14, 2019**
**Page 2**

      The messages left for Mr. Moss have gone unanswered, and it appears Mr. Moss has absconded from supervision.

2    **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: Mr. Moss is alleged to have violated standard condition number 5 by failing to notify the undersigned officer of his change in residency on or about August 13, 2019.

    On June 27, 2019, Mr. Moss signed his judgment relative to case number 2:18-CR00136-TOR-1 acknowledging an understanding of his conditions of release. Specifically, he was informed that must inform the undersigned of any change in residency.

    On August 13, 2019, the undersigned officer attempted to contact Mr. Moss at his residence at approximately 8:37 a.m. Mr. Moss was not home, nor were any of his belongings identified in the room where he was supposed to be residing. A resident told the undersigned officer that Mr. Moss had left "a couple of days ago" and he had not returned to the residence. A business card was left instructing Mr. Moss to report to the probation office at 9 a.m. the following day, August 14, 2019. The undersigned officer attempted to reach Mr. Moss on his phone, but was unsuccessful.

    The undersigned officer returned to the residence that same evening just before 7 p.m. in an attempt to make contact with Mr. Moss. He was not located. The undersigned sent Mr. Moss a text message instructing Mr. Moss to report to the probation office at 9 a.m. on August 14, 2019. The undersigned officer spoke with a different resident who knew Mr. Moss, and he advised he had not seen Mr. Moss in about 4 days, and was unsure of his whereabouts.

    The undersigned officer spoke with the property manager of the clean and sober house. He advised that Mr. Moss had told him that this officer gave him permission to stay at a different residence, the property manager was informed that information was inaccurate.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

            I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/14/2019

                s/Corey M. McCain

                Corey M. McCain
                U.S. Probation Officer

Prob12C
**Re: Moss, Antonio Marshon**
**August 14, 2019**
**Page 3**

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
<u>Chief U.S. District Judge</u>
Signature of Judicial Officer

August 14, 2019
Date