PROB 12C
(6/16)

Report Date: August 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Marshon Moss | Case Number: 0980 2:18CR00136-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: January 9, 2019 | |
| Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick J. Cashman | Date Supervision Commenced: June 24, 2019 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: June 23, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/14/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Moss is alleged to have violated his conditions of supervised release by being arrested for possession of a controlled substance, methamphetamine, on August 17, 2019.<br><br>On June 27, 2019, Mr. Moss signed his judgment relative to case number 2:18CR00136-TOR-1 acknowledging an understanding of his conditions of release. Specifically, he was informed he was not to commit a federal, state, or local crime.<br><br>According to the Spokane police report, case 2019-20155255, an officer observed a vehicle that had no visible license plates. As the officer pulled behind the vehicle, the driver of said vehicle made several quick turns, which the officer recognized as consistent with someone attempting to avoid law enforcement.<br><br>The vehicle came to a sudden stop, and the vehicle occupants began making furtive movements toward the floorboards. The officer contacted the occupants, the passenger being Mr. Moss. Mr. Moss was arrested on his Washington State Department of Corrections (DOC) and federal probation warrants. |

Prob12C
Re: Moss, Antonio Marshon
August 20, 2019
Page 2

Mr. Moss was searched incident to arrest and the following items of evidentiary value were located: a plastic baggie containing a white crystalline substance, loose shards of white crystalline substance inside his pants pocket, a small red container with white crystalline residue located in his pants pocket, two glass pipes with burnt residue, and a small straw with crystalline residue. The white crystalline substances found in Mr. Moss' possession were field tested and the substance tested presumptive positive for methamphetamine.

Mr. Moss was booked into the Spokane County Jail on his U.S. Marshals warrant, DOC warrant, and possession of a controlled substance (methamphetamine).

| 4 | **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity, If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer. |

**Supporting Evidence**: Mr. Moss is alleged to have violated his conditions of supervised release by associating with Amanda Sewell, a known felon.

On June 27, 2019, Mr. Moss signed his judgment relative to case number 2:18CR00136-TOR-1 acknowledging an understanding of his conditions of release. Specifically, he was informed he was prohibited from associating with individuals with a felony conviction or engaged in criminal activity.

In reference to violation number 3, a Spokane police officer contacted the occupants of a vehicle. Amanda Sewell was identified as the driver and Mr. Moss was identified as the passenger. A records check of Ms. Sewell shows a felony conviction in 2015 for second degree theft. The original charge was second degree burglary. Also, it appears Ms. Sewell was recently arrested in Idaho for possession of a controlled substance on July 3, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/20/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Moss, Antonio Marshon**
**August 20, 2019**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_/s/ Thomas O. Rice_
Signature of Judicial Officer

August 20, 2019
Date